UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 MAR 29 AM 10:05

DEPUTY CLERK

| JUDGE: Magistrate Judge Philip R. Lane | |
|---|---|
| DEPUTY CLERK: Tania O'Hearn | COURT REPORTER/TAPE NO: Digital 910 |
| LAW CLERK: | USPO/PTSO: Scott Carson |
| INTERPRETER: | COURT TIME: 9:53 - 10:03 |
| A.M. / P.M. X | DATE: 3/29/10 |

☒ MAG. NO. ☐ DIST. CR. NO. 1:10-MJ-15 (2:06-CR-0536-JB ~~(4)~~) USDJ District of New Mexico

UNITED STATES DISTRICT COURT § ______________________, AUSA

V. § ______________________ ☐

ROBERT DODSON § ______________________ ☐

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON ______ CASE NO. ______ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 3/26/10 ☐ SURRENDER ______ ☒ RULE ~~5~~/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☒ ~~PROBATION~~/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) ______ APPEARED ☐ WITH ☒ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL. Court in NM will appt counsel
☒ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ______
☐ DEFT HAS RETAINED COUNSEL ______
☐ ARRAIGNMENT SET ______ ☐ DETENTION HEARING SET ______
☐ PRELIMINARY HEARING SET ______ ☐ BOND HEARING SET ______
☐ COUNSEL DETERMINATION HEARING SET ______
☐ IDENTITY/REMOVAL HEARING SET ______
☐ BOND ☐ SET ☐ REDUCED TO $ ______ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Dft does not dispute identity; dft requests Court appt counsel